JONES *vs.* HOWARD, Guardian.

[ATTACHMENT—JUDGMENT BY DEFAULT.]

APPEAL from the Circuit Court of Russell.
Tried before Hon. ROBERT DOUGHERTY.

THE appellee, as guardian of one Anderson, sued out an
attachment against the goods of the appellant. The affi-
davit for the attachment reads as follows: "That said
Mathew J. Jones is indebted to him, (the appellee,) as said
guardian, in the sum of $130, for the hire of negro woman
Adaline, for the year 1864, and that said amount is justly
due," &c. The attachment issued in November, 1865, re-
turnable to the next term of Russell circuit court. No
complaint, or declaration, was filed in the case, and at May
term, 1867, the court rendered a judgment final by default
against the defendant for $165.45, without further proof,
as far as the record shows, than what has been stated.

From this judgment defendant appealed, and assigns the
same for error.

G. D. & G. W. HOOPER, for appellant.

BYRD, J.—The court erred in rendering a judgment by
default final, when no complaint had been filed, and upon a
claim such as the one set out in the affidavit made as the
ground for attachment process.—Code, § 2570 ; *Amason v.
Nash*, 19 Ala. 104 ; *Langdon v. Williams*, 22 Ala. 681 ;
*Beville v. Reese*, 25 Ala. 451 ; *Connoly v. Ala. & Tenn. R. R.
Co.*, 29 Ala. 373.

Reversed and remanded.